**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  00-cr-00218-LTB
                  12-cr-00222-LTB
                  12-cr-00246-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    ALDEN P. HOUSE,

      Defendant.

---

MINUTE ORDER

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that a status/scheduling hearing regarding Defendant House is set **Friday, June 29, 2012 at 11:30 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

DATED:  June 13, 2012

---